AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 29 2016

JAMES W. McCORMACK, CLERK

By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.
JOSEPH BAUER JACKSON

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  4:06cr00105-14
USM No.  24330-009

Kim Driggers
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General, Special, Standard  of the term of supervision.

☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - General | Violation of federal, state, or local crime | 07/01/2016 |
| 2 - Special | Failure to participate in residential treatment | 10/13/2015 |
| 3 - Standard (2) | Failure to report to the probation officer | 08/20/2015 |
| 4 - Standard (5) | Failure to obtain employment | 10/13/2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8019

Defendant's Year of Birth:  1980

City and State of Defendant's Residence:
Jonesboro, Arkansas

07/28/2016
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR         U.S. District Judge
Name and Title of Judge

7/29/16
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: JOSEPH BAUER JACKSON
CASE NUMBER: 4:06cr00105-14

Judgment—Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Standard (6) | Failure to notify probation officer of change in residence | 10/13/2015 |
| 6 - General | Unlawfully possessing a controlled substance | 03/26/2015 |
| 7 - Standard (7) | Failure to refrain from use of any controlled substance | 07/30/2015 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page **3** of **3**

DEFENDANT: JOSEPH BAUER JACKSON
CASE NUMBER: 4:06cr00105-14

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

EIGHTEEN (18) MONTHS to run concurrent with any subsequent state imprisonment with not supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant shall participate in non-residential substance abuse treatment.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL